# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 25-1839V**

SANDRA WATSON
*as personal representative of*
ESTATE OF LAWSON LITTLE,

Petitioner,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES,

Respondent.

Chief Special Master Corcoran

Filed: October 14, 2026

*Chellis Garcia, Mctlaw, Washington, DC, for Petitioner.*

*Madylan Louise Yarc, U.S. Department of Justice, Washington, DC, for Respondent.*

## RULING ON ENTITLEMENT[1]

On October 29, 2025, Sandra Watson, as Personal Representative of the Estate of Lawson Little ("Petitioner"), filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that Mr. Little suffered Guillain Barré Syndrome ("GBS") following receipt of an influenza ("flu") vaccination on September 5, 2023, and which ultimately led to his death on December 25, 2023. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

On October 13, 2026, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent states that,

> Medical personnel at the Division of Injury Compensation Programs, Department of Health and Human Services (DICP), have reviewed the petition and medical records filed in the case. This claim asserts that Mr. Little's death is due to GBS, which is an injury contained on the Vaccine Injury Table ("Table") for the flu vaccine, and his records establish the requirements set forth in the Qualifications and Aids to Interpretation ("QAI") for a flu/GBS Table injury. 42 C.F.R. § 100.3 (a)(XIV)(D), (c)(15). Given that these requirements are satisfied, and there is no alternative cause that explains Mr. Little's condition or death, [P]etitioner is entitled to compensation under the Act.

*Id.* at 11.

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

**<u>s/Brian H. Corcoran</u>**
Brian H. Corcoran
Chief Special Master